TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00118-CV







Ex Parte: Jaime Dominguez, Relator








HABEAS CORPUS PROCEEDING FROM TOM GREEN COUNTY







PER CURIAM



 Jaime Dominguez filed his petition for writ of habeas corpus on March 8, 1995,
seeking discharge from the custody of the sheriff of Tom Green County. After reviewing the
petition, we conclude that the writ should not issue as requested. Because appellant's custody
arises from a criminal proceeding, we are without authority to issue the writ. Tex. Gov't Code
Ann. § 22.221(d) (West Supp. 1995).

 The petition for writ of habeas corpus is denied.


Before Chief Justice Carroll, Justices Aboussie and Jones

Petition for Writ of Habeas Corpus Denied

Filed: April 5, 1995

Do Not Publish